# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA17-0174M |
| MULCHULEE CHALERMSAKULRAT DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _____, IT IS ORDERED that a detention hearing is set for ___Thursday, May 25___, __2017__, at __9:00__ ☒a.m. / ☐p.m. before the Honorable ___Jay C. Gandhi___, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __May 24, 2017__

Jay C. Gandhi, Magistrate Judge