# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SA 17 MJ 00174   CRIMINAL DUTY | Date   June 5, 2017 |
| Present: The Honorable | James V. Selna | |
| Interpreter | THAI: Edmund Ngeun Channita | PreTrial Service Officer:  Anita Navarro |

| Karla J. Tunis | Debbie Gale | Greg Scally |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Mulchulee Chalermsakulratq** | X | X | | **Karren Kenney** | X | | X |

Defendant's Application for Review of Magistate Judge's Order of Detention

**Proceedings:**   Government's Motion to Dismiss Application

**Cause called and counsel make their appearances.   The Court states its tentative ruling for the record.   Counsel make their arguments.   The Court FINDS that it does not have jurisdiction in this matter and ORDERS the matter off calendar.**

CC:  PreTrial Service - Santa Ana

                                                                                              0    :    10

                                                                      Initials of Deputy Clerk        kjt